AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

AMEL DALLUGE,

        Plaintiff,

        v.

GEORGE AHREND and FAMILY,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-070-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

April 20, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia